ALBERT NELSON, Appellant, v. CARL BERNARD OGILVIE, Respondent.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event, upon the ground that it was error for the court to charge the jury in effect that as matter of law it is necessary for a pedestrian, when crossing a city street, not only to look as he begins crossing, but while crossing, for approaching vehicles. (*Knapp* v. *Barrett*, 216 N. Y. 226.) Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

ANTONIO PALERMO, Respondent, v. ARCHIBALD G. PATTERSON, Appellant.— Interlocutory judgment reversed upon the law and the facts, with costs, findings of fact and conclusions of law reversed, and complaint dismissed, with costs. The alleged agreement between plaintiff and defendant was *nudum pactum*. There was no consideration for defendant's promise. Plaintiff did not even agree to refrain from bidding at the sale. That plaintiff refrained from bidding, as he says, in reliance upon defendant's promise, is of no avail to plaintiff. The promise of defendant was not made in consideration of a promise not to bid. Even if there were a binding agreement, equity will not recognize plaintiff's claim, because he does not come into court with clean hands. He admitted that the arrangement with defendant was for the purpose of avoiding his judgment creditors. (*Simis* v. *Simis*, 146 App. Div. 655; *Tiedemann* v. *Tiedemann*, 201 id. 614; *Lynch* v. *Jones*, 179 id. 613.) Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES PLESH, Appellant.— Judgment of the County Court of Suffolk county, convicting defendant of the crime of arson in the first degree, and order denying motion for a new trial, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

ROSENWASSER BROS., INC., Appellant, v. AMERICAN TRUST COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

J. DUNBAR ROSS, WILLIAM L. HIBBARD and JOHN N. SILSBE, Respondents, v. LIDA W. DINKINS, Appellant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.